UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET BARDEN,

    Plaintiff,

Case No. 20-cv-11441
Hon. Matthew F. Leitman

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant/Third-Party Plaintiff.

v.

TERRY CONSTRUCTION, INC. and
TERRENCE A. PERRY,

    Third-Party Defendants.

---

### ORDER OF DISMISSAL
### WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I) AS TO THE THIRD-PARTY DEFENDANTS ONLY

Based upon Defendant/Third-Party Plaintiff, State Farm Fire and Casualty Company's Notice of Dismissal without prejudice filed pursuant to Fed. R. Civ. P 41(a)(1)(A)(I) as to Third-Party Defendants, Terry Construction, Inc. and Terrence A. Perry, and the Court being advised in the premises, it is hereby ordered that the above cases against Third-Party Defendants, Terry Construction, Inc. and Terrence A. Perry, only, are DISMISSED WITHOUT PREJUDICE.

**This is Not a Final Order and Does Not close the case.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764